Ralph A. Radny, Appellant, v. Mary Radny, Appellee.
Mary Radny, Appellee, v. Ralph A. Radny,
Appellant.

Gen. No. 44,881.

Abdon M.
Pallasch, for appellant; Charles D. Snewind, of counsel; no appearance
for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in
full. Opinion filed February 20, 1950; released for publication March 7,
1950.

John Wilczewski and Stephania Wilczewski, Appellants, v. American Central Insurance Company,
Appellee.

Gen. No. 44,891.